UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CARLOS CAUDILLO,

    Petitioner,

  v.

T. LILLARD, Warden of FCI Greenville,

    Respondent.

Case No. 25-cv-861-JPG

## MEMORANDUM AND ORDER

    This matter comes before the Court after petitioner Carlos Caudillo failed to pay the $5.00 filing fee or move for leave to proceed *in forma pauperis* ("IFP") in this habeas corpus action under 28 U.S.C. § 2241 as ordered by the Court on May 5, 2025, and June 11, 2025 (Docs. 3 & 5). In those orders, the Court warned the petitioner that if he failed to pay or move for IFP by the deadline, the Court would dismiss his action pursuant to Federal Rule of Civil Procedure 41(b) for want of prosecution or for failure to obey a Court order. The petitioner has also failed to submit the form consenting or not consenting to magistrate judge jurisdiction to hear this case, as ordered by the Court in a May 27, 2025, order (Doc. 4).

    When it became apparent that these orders had been sent to the petitioner using the wrong federal register number, the Court resent the orders using the proper number and extended all deadlines to July 17, 2025 (Doc. 7). The petitioner has not paid the filing fee or moved for IFP and has not filed the consent/non-consent form by the extended deadline.

    Accordingly, as it warned it would, the Court **DISMISSES** this case **without prejudice** pursuant to Rule 41(b) for failure to prosecute and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: August 14, 2025**

                                                                         s/ J. Phil Gilbert
                                                                         **J. PHIL GILBERT**
                                                                         **DISTRICT JUDGE**