UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CARLOS CAUDILLO,

    Petitioner,

v.

T. LILLARD, Warden of FCI Greenville,

    Respondent.

Case No. 25-cv-861-JPG

## JUDGMENT

This matter having come before the Court and the plaintiff having failed to prosecute this action, and a decision having been rendered,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Carlos Caudillo's petition for a writ of habeas corpus under 28 U.S.C. § 2241 is dismissed without prejudice.

**DATED:** August 14, 2025      MONICA A. STUMP, Clerk of Court

    s/Tina Gray, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**